KIESOW, Respondent, v. NEW YORK CITY RY. CO. et al., Appellants. (Supreme Court, Appellate Division. First Department.

October 23, 1908.) Action by Annie F. Kiesow, as administratrix, against the New York City Railway Company and another. C. F. Brown and J. J. Mahoney, for appellants. F. Moss, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Settle order on notice.

INGRAHAM, J., dissents as to New York Mail Company.